# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Buchanan, Theresa C. | U.S. District Court, EDVA | 07/18/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, Virginia 22314

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee (see VIII) | Trust # 1 |
| 2. | ▨▨▨▨ (see VIII) | ▨▨ #1 ▨▨▨ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Investment Property - | E | Rent | N | S | | | | | |
| 2. Rental Investment Property - | E | Rent | O | S | | | | | |
| 3. Partnership Share | | None | N | V | | | | | |
| 4. Amgen, Inc. | A | Dividend | K | T | | | | | |
| 5. AM. Wash. Mutual Inv. Fund | C | Dividend | M | T | | | | | |
| 6. Merrill Lynch CBA Money Fund | A | Interest | J | T | | | | | Balance varies |
| 7. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 8. Intel Corp. | A | Dividend | J | T | | | | | |
| 9. General Electric Corp. | A | Dividend | J | T | | | | | |
| 10. EMC Corp. Mass | | None | K | T | | | | | |
| 11. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 12. Nortel Newtorks Corp. | | None | J | T | Sold (part) | 01/01/12 | J | A | |
| 13. Delaware Group Div/Inc Fund | A | Dividend | J | T | | | | | |
| 14. Growth Fund of America | A | Dividend | L | T | | | | | |
| 15. Texas Instruments | A | Dividend | J | T | | | | | |
| 16. QualComm, Inc. | A | Dividend | J | T | | | | | |
| 17. Nuveen VA Muni. Bonds | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pinco Real Return Bonds | A | Dividend | L | T | | | | | |
| 19. Disney | A | Dividend | J | T | | | | | |
| 20. ▒▒▒▒ | H1 | Dividend | K | U | | | | | ▒▒▒▒ |
| 21. Burke & Herbert Bank | A | Interest | J | T | | | | | Balance varies |
| 22. AMCAP Fund ▒▒ | | None | J | T | Sold (part) | 07/01/12 | J | B | |
| 23. Investment Co of America ▒▒ | | None | J | T | Sold (part) | 07/01/12 | J | B | |
| 24. Income fund of America ▒▒ | A | Dividend | J | T | Sold (part) | 07/01/12 | J | B | |
| 25. Growth Fund of America ▒▒ | A | Dividend | J | T | Sold (part) | 07/01/12 | J | B | |
| 26. Black Rock Munivest Fund | A | Dividend | J | T | | | | | |
| 27. Alliance Bernstein | | None | J | T | | | | | |
| 28. Blackrock Int'l | A | Dividend | J | T | | | | | |
| 29. Calamos Growth | | None | K | T | | | | | |
| 30. Columbia Marisco Growth | A | Dividend | K | T | | | | | |
| 31. Davis NYVenture | A | Dividend | K | T | | | | | |
| 32. JP Morgan Value | A | Dividend | J | T | | | | | |
| 33. Alexandria VA Govt. Bonds | B | Dividend | | T | Buy | 4/15/12 | L | | |
| 34. | | | | T | Donated | 12/31/12 | L | | ▒▒ Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Arlington Co. Govt. Bonds | A | Dividend | | T | Buy | 4/15/12 | K | | |
| 36. | | | | T | Donated | 12/31/12 | K | | Trust |
| 37. Fairfax County Economic Dev. Auth. | B | Dividend | | T | Buy | 4/15/12 | L | | |
| 38. | | | | T | Donated | 12/31/12 | L | | Trust |
| 39. Newport News Govt. Bond | B | Dividend | | T | Buy | 4/15/12 | K | | |
| 40. | | | | T | Donated | 12/31/12 | K | | Trust |
| 41. Portsmouth VA Govt. Bond | A | Dividend | | T | Buy | 4/15/12 | K | | |
| 42. | | | | T | Donated | 12/31/12 | K | | Trust |
| 43. VA College Bldg. Auth. | B | Dividend | | T | Buy | 4/15/12 | L | | |
| 44. | | | | T | Donated | 12/31/12 | L | | Trust |
| 45. VA Com. Trans. Bd. | B | Dividend | | T | Buy | 4/15/12 | L | | |
| 46. | | | | T | Donated | 12/31/12 | L | | Trust |
| 47. VA St. Pub. Sch. Auth. | A | Dividend | | T | Buy | 4/15/12 | K | | |
| 48. | | | | T | Donated | 12/31/12 | K | | Trust |
| 49. VA St. Res. Auth. | | None | | T | Buy | 4/15/12 | K | | |
| 50. | | | | T | Donated | 12/31/12 | K | | Trust |
| 51. BB & T Corp. (X) | | None | | T | | 12/3/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | T | Donated | 12/31/12 | K | | Trust |
| 53. Eagle MidCap Stock Fund (X) | | None | | T | | 12/3/12 | K | | |
| 54. | | | | T | Donated | 12/31/12 | K | | Trust |
| 55. Legg Mason Battery/March Emerging Mkts. (X) | | None | | T | | 12/3/12 | L | | |
| 56. | | | | T | Donated | 12/31/2 | L | | Trust |
| 57. JP Morgan High Yield Fund (X) | | None | | T | | 12/3/12 | L | | |
| 58. | | | | T | Donated | 12/31/12 | L | | Trust |
| 59. Royce Pennsylvania Mutual Fund (X) | | None | | T | | 12/3/12 | K | | |
| 60. | | | | T | Donated | 12/31/12 | K | | Trust |
| 61. Columbia Seligman Comm. & Info. (X) | | None | | T | | 12/3/12 | K | | |
| 62. | | | | T | Donated | 12/31/12 | K | | Trust |
| 63. Blackrock Health Sciences Opp. (X) | | None | | T | | 12/3/12 | K | | |
| 64. | | | | T | Donated | 12/31/12 | K | | Trust |
| 65. DWS Enhanced COmmodity Strategy Fund (X) | | None | | T | | 12/3/12 | K | | |
| 66. | | | | T | Donated | 12/31/2 | K | | Trust |
| 67. Ford Motor Co. (X) | | None | | T | | 12/3/12 | J | | |
| 68. | | | | T | Donated | 12/31/12 | J | | Trust |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Interdigital Inc. (X) | | None | | T | | 12/3/12 | J | | |
| 70. | | | | T | Donated | 12/31/12 | J | | Trust |
| 71. JP Morgan High Yield Fund (X) | | None | | T | | 12/3/12 | J | | |
| 72. | | | | T | Donated | 12/31/12 | J | | Trust |
| 73. U.S. Treasury Bills | A | Interest | | T | Buy | 4/15/12 | P1 | | |
| 74. | | | | T | Sold | 12/15/12 | P1 | | |
| 75. Apple Inc. (X) | | None | | T | | 4/15/12 | K | | |
| 76. | | | | T | Donated | 12/31/12 | K | | Trust |
| 77. Norfolk VA Econ. Dev. | | None | | T | Buy | 4/15/12 | K | | |
| 78. | | | | T | Donated | 12/31/12 | K | | Trust |
| 79. Fifth St. Finance Corp. | | None | | T | Buy | 12/5/12 | K | | |
| 80. | | | | T | Donated | 12/31/12 | K | | Trust |
| 81. Qualcomm | | None | | T | Buy | 12/20/12 | K | | |
| 82. | | | | T | Donated | 12/31/12 | K | | Trust |
| 83. Bed Bath & Beyond | | None | | T | Buy | 9/14/12 | K | | |
| 84. | | | | T | Donated | 12/31/12 | K | | Trust |
| 85. Cardinal Health Inc. | A | Int./Div. | | T | Buy | 7/18/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | T | Donated | 12/31/12 | K | | Trust |
| 87. Dollar General Corp. | | None | | T | Buy | 6/18/12 | K | | |
| 88. | | | | T | Donated | 12/31/12 | K | | Trust |
| 89. Fed Ex Corp. | A | Int./Div. | | T | Buy | 6/19/12 | K | | |
| 90. | | | | T | Donated | 12/31/12 | K | | Trust |
| 91. Greenbrier Companies | | None | | T | Buy | 9/14/12 | K | | |
| 92. | | | | T | Donated | 12/31/12 | K | | Trust |
| 93. Health Care Reit Inc. | B | Int./Div. | | T | Buy | 9/19/12 | K | | |
| 94. | | | | T | Donated | 12/31/12 | K | | Trust |
| 95. Plum Creek Timber Co. | A | Int./Div. | | T | Buy | 7/6/12 | K | | |
| 96. | | | | T | Donated | 12/31/12 | K | | Trust |
| 97. Rayonier Inc. Com. | | None | | T | Buy | 9/14/12 | K | | |
| 98. | | | | T | Donated | 12/31/12 | K | | Trust |
| 99. Skywest Inc. | | None | | T | Buy | 10/19/12 | K | | |
| 100. | | | | T | Donated | 12/31/12 | K | | Trust |
| 101. Tangoe Inc. | | None | | T | Buy | 8/1/12 | K | | |
| 102. | | | | T | Donated | 12/31/12 | K | | Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Triangle Capital Corp. | | None | | T | Buy | 11/15/12 | K | | |
| 104. | | | | T | Donated | 12/31/12 | K | | Trust |
| 105. Regional Financial Corp. | B | Int./Div. | | T | Buy | 9/14/12 | K | | |
| 106. | | | | T | Donated | 12/31/12 | K | | Trust |
| 107. Home Depot Inc. | | None | | T | Buy | 8/20/12 | K | | |
| 108. | | | | T | Donated | 12/31/12 | K | B | |
| 109. ADT Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 110. | | | | T | Donated | 12/31/12 | J | | Trust |
| 111. AMC Networks Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 112. | | | | T | Donated | 12/31/12 | J | | Trust |
| 113. AT & T Inc. (X) | | None | | T | | 12/5/12 | K | | |
| 114. | | | | T | Donated | 12/31/12 | K | | Trust |
| 115. Abbot Labs (X) | | None | | T | | 12/5/12 | J | | |
| 116. | | | | T | Donated | 12/31/12 | J | | Trust |
| 117. Aeropostale (X) | | None | | T | | 12/5/12 | J | | |
| 118. | | | | T | Donated | 12/31/12 | J | | Trust |
| 119. Affiliated Managers Group (X) | | None | | T | | 12/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | T | Donated | 12/31/12 | J | | Trust |
| 121. Alliance Data Systems Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 122. | | | | T | Donated | 12/31/12 | J | | Trust |
| 123. Allstate Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 124. | | | | T | Donated | 12/31/12 | J | | Trust |
| 125. Altera Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 126. | | | | T | Donated | 12/31/12 | J | | Trust |
| 127. Altria Group Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 128. | | | | T | Donated | 12/31/12 | J | | Trust |
| 129. Anadarko Pete Corp. (X) | A | Dividend | | T | | 12/5/12 | K | | |
| 130. . | | | | T | Donated | 12/31/12 | K | | Trust |
| 131. Anheuser Busch Inbev (X) | | None | | T | | 12/5/12 | J | | |
| 132. | | | | T | Donated | 12/31/12 | J | | Trust |
| 133. Anixter International Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 134. | | | | T | Donated | 12/31/12 | J | | Trust |
| 135. Archer Daniels Midland Co. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 136. | | | | T | Donated | 12/31/12 | J | | Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Arror Electrs Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 138. | | | | T | Donated | 12/31/12 | J | | Trust |
| 139. Ashland Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 140. | | | | T | Donated | 12/31/12 | J | | Trust |
| 141. Astrazeneca PLC (X) | | None | | T | | 12/5/12 | J | | |
| 142. | | | | T | Donated | 12/31/12 | J | | Trust |
| 143. Autodesk Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 144. | | | | T | Donated | 12/31/12 | J | | Trust |
| 145. Automatic Data Processing (X) | | None | | T | | 12/5/12 | J | | |
| 146. | | | | T | Donated | 12/31/12 | J | | Trust |
| 147. BB & T Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 148. | | | | T | Donated | 12/31/12 | J | | Trust |
| 149. BAE Systems PLC (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 150. | | | | T | Donated | 12/31/12 | J | | Trust |
| 151. BASF SE Sponsored ADR (X) | | None | | T | | 12/5/12 | J | | |
| 152. | | | | T | Donated | 12/31/12 | J | | Trust |
| 153. BCE Inc. (X) | | None | | T | | 12/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | T | Donated | 12/31/12 | J | | Trust |
| 155. Bank of America Corp.(X) | A | Dividend | | T | | 12/5/12 | J | | |
| 156. | | | | T | Donated | 12/31/12 | J | | Trust |
| 157. Bayer A G Sponsored ADR (X) | | None | | T | | 12/5/12 | J | | |
| 158. | | | | T | Donated | 12/31/12 | J | | Trust |
| 159. Bed Bath & Beyond (X) | | None | | T | | 12/5/12 | J | | |
| 160. | | | | T | Donated | 12/31/12 | J | | Trust |
| 161. Berkshire Hathaway Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 162. | | | | T | Donated | 12/31/12 | J | | Trust |
| 163. Berry Plastics Group (X) | | None | | T | | 12/5/12 | J | | |
| 164. | | | | T | Donated | 12/31/12 | J | | Trust |
| 165. Biogen Idec Inc. (X) | | None | | T | | 12/5/12 | K | | |
| 166. | | | | T | Donated | 12/31/12 | K | | Trust |
| 167. Bristol Myers Squibb Co. (X) | | None | | T | | 12/5/12 | J | | |
| 168. | | | | T | Donated | 12/31/12 | J | | Trust |
| 169. British Amern Tob PLC (X) | | None | | T | | 12/5/12 | J | | |
| 170. | | | | T | Donated | 12/31/12 | J | | Trust |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Broadcom Corp. (X) | A | Dividend | | T | | 12/5/12 | K | | |
| 172. | | | | T | Donated | 12/31/12 | K | | Trust |
| 173. Cigna Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 174. | | | | T | Donated | 12/31/12 | J | | Trust |
| 175. CME Group Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 176. | | | | T | Donated | 12/31/12 | J | | Trust |
| 177. CMS Energy Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 178. | | | | T | Donated | 12/31/12 | J | | Trust |
| 179. CSX Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 180. | | | | T | Donated | 12/31/12 | J | | Trust |
| 181. CVS CAREMARK Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 182. | | | | T | Donated | 12/31/12 | J | | Trust |
| 183. Cablevision Systems Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 184. | | | | T | Donated | 12/31/12 | J | | Trust |
| 185. Cameron International Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 186. | | | | T | Donated | 12/31/12 | J | | Trust |
| 187. Capital One FINL Corp. (X) | | None | | T | | 12/5/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | T | Donated | 12/31/12 | J | | Trust |
| 189. Celanese Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 190. | | | | T | Donated | 12/31/12 | J | | Trust |
| 191. CenturyLink Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 192. | | | | T | Donated | 12/31/12 | J | | Trust |
| 193. Citigroup Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 194. | | | | T | Donated | 12/31/12 | J | | Trust |
| 195. Citrix Systems (X) | | None | | T | | 12/5/12 | J | | |
| 196. | | | | T | Donated | 12/31/12 | J | | Trust |
| 197. Coca Cola Co. (X) | | None | | T | | 12/5/12 | J | | |
| 198. | | | | T | Donated | 12/31/12 | J | | Trust |
| 199. Coca Cola Enterprises (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 200. | | | | T | Donated | 12/31/12 | J | | Trust |
| 201. Comcast Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 202. | | | | T | Donated | 12/31/12 | J | | Trust |
| 203. Comcast Corp. (X) | | None | | T | | 12/5/12 | L | | |
| 204. | | | | T | Donated | 12/31/12 | L | | Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Community Health Systems Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 206. | | | | T | Donated | 12/31/12 | J | | Trust |
| 207. Compass Group PLC (X) | | None | | T | | 12/5/12 | J | | |
| 208. | | | | T | Donated | 12/31/12 | J | | Trust |
| 209. Conocophillps (X) | | None | | T | | 12/5/12 | J | | |
| 210. | | | | T | Donated | 12/31/12 | J | | Trust |
| 211. Cree Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 212. | | | | T | Donated | 12/31/12 | J | | Trust |
| 213. Darden Restaurants Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 214. | | | | T | Donated | 12/31/12 | J | | Trust |
| 215. Davita Healthcare Partners (X) | | None | | T | | 12/5/12 | J | | |
| 216. | | | | T | Donated | 12/31/12 | J | | Trust |
| 217. Deere & Co. (X) | | None | | T | | 12/5/12 | J | | |
| 218. | | | | T | Donated | 12/31/12 | J | | Trust |
| 219. Deutsche Telekom AG (X) | | None | | T | | 12/5/12 | J | | |
| 220. | | | | T | Donated | 12/31/12 | J | | Trust |
| 221. Devon Energy Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | T | Donated | 12/5/12 | J | | Trust |
| 223. Diageo PLC (X) | | None | | T | | 12/5/12 | J | | |
| 224. | | | | T | Donated | 12/5/12 | J | | Trust |
| 225. Diamond Offshore Drilling (X) | | None | | T | | 12/5/12 | J | | |
| 226. | | | | T | Donated | 12/31/12 | J | | Trust |
| 227. Diebold Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 228. | | | | T | Donated | 12/31/12 | J | | Trust |
| 229. Disney Walt Company (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 230. | | | | T | Donated | 12/31/12 | J | | Trust |
| 231. DirecTV (X) | | None | | T | | 12/5/12 | J | | |
| 232. | | | | T | Donated | 12/31/12 | J | | Trust |
| 233. Dolby Lab. Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 234. | | | | T | Donated | 12/31/12 | J | | Trust |
| 235. Dominion Res Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 236. | | | | T | Donated | 12/31/12 | J | | Trust |
| 237. Donnelley R R & Sons Co. (X) | | None | | T | | 12/5/12 | J | | |
| 238. | | | | T | Donated | 12/31/12 | J | | Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Du Pont E I DE Nemours & Co. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 240. | | | | T | Donated | 12/31/12 | J | | Trust |
| 241. Duke Energy Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 242. | | | | T | Donated | 12/31/12 | J | | Trust |
| 243. EMC Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 244. | | | | T | Donated | 12/31/12 | J | | Trust |
| 245. EOG Res Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 246. | | | | T | Donated | 12/31/12 | J | | Trust |
| 247. Ebay Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 248. | | | | T | Donated | 12/31/12 | J | | Trust |
| 249. Emerson Elec Co. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 250. | | | | T | Donated | 12/31/12 | J | | Trust |
| 251. Enterprise Products Partners (X) | | None | | T | | 12/5/12 | J | | |
| 252. | | | | T | Donated | 12/31/12 | J | | Trust |
| 253. Express Scripts HLDG Co. (X) | | None | | T | | 12/5/12 | J | | |
| 254. | | | | T | Donated | 12/31/12 | J | | Trust |
| 255. Exxon Mobile Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | T | Donated | 12/31/12 | J | | Trust |
| 257. Fifth Third Bancorp (X) | | None | | T | | 12/5/12 | J | | |
| 258. | | | | T | Donated | 12/31/12 | J | | Trust |
| 259. Fluor Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 260. | | | | T | Donated | 12/31/12 | J | | Trust |
| 261. Ford Motor Co. (X) | | None | | T | | 12/5/12 | J | | |
| 262. | | | | T | Donated | 12/31/12 | J | | Trust |
| 263. Forst Labs Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 264. | | | | T | Donated | 12/31/12 | J | | Trust |
| 265. Franklin Res Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 266. | | | | T | Donated | 12/31/12 | J | | Trust |
| 267. Freeport-McMoran Copper & Gold (X) | | None | | T | | 12/5/12 | J | | |
| 268. | | | | T | Donated | 12/31/12 | J | | Trust |
| 269. GNC Hldgs Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 270. | | | | T | Donated | 12/31/12 | J | | Trust |
| 271. Gallagher Arthur J & Co. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 272. | | | | T | Donated | 12/31/12 | J | | Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Genuine Parts Co. (X) | | None | | T | | 12/5/12 | J | | |
| 274. | | | | T | Donated | 12/31/12 | J | | Trust |
| 275. Glaxosimithkline PLC (X) | | None | | T | | 12/5/12 | J | | |
| 276. | | | | T | Donated | 12/31/12 | J | | Trust |
| 277. Halliburton Co. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 278. | | | | T | Donated | 12/31/12 | J | | Trust |
| 279. Heinz H J Co. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 280. | | | | T | Donated | 12/31/12 | J | | Trust |
| 281. Helmerich & Payne Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 282. | | | | T | Donated | 12/5/12 | J | | Trust |
| 283. Home Depot Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 284. | | | | T | Donated | 12/31/12 | J | | Trust |
| 285. Honeywell International Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 286. | | | | T | Donated | 12/31/12 | J | | Trust |
| 287. Humana Inc.(X) | | None | | T | | 12/5/12 | J | | |
| 288. | | | | T | Donated | 12/31/12 | J | | Trust |
| 289. Immunogen Inc. (X) | | None | | T | | 12/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | T | Donated | 12/31/2 | J | | Trust |
| 291. Imperial Tobacco Group PLC (X) | | None | | T | | 12/5/12 | J | | |
| 292. | | | | T | Donated | 12/31/12 | J | | Trust |
| 293. Incyte Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 294. | | | | T | Donated | 12/31/12 | J | | Trust |
| 295. Integrys Energy Group Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 296. | | | | T | Donated | 12/31/12 | J | | Trust |
| 297. International Paper Co. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 298. | | | | T | Donated | 12/31/12 | J | | Trust |
| 299. Isis Pharmaceuticals Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 300. | | | | T | Donated | 12/31/12 | J | | Trust |
| 301. JP Morgan Chase & Co. (X) | | None | | T | | 12/5/12 | J | | |
| 302. | | | | T | Donated | 12/31/12 | J | | Trust |
| 303. Jacobs Engr Group Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 304. | | | | T | Donated | 12/31/12 | J | | Trust |
| 305. Johnson & Johnson (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 306. | | | | T | Donated | 12/31/12 | J | | Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Jones Lang Lasalle Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 308. | | | | T | Donated | 12/31/12 | J | | Trust |
| 309. Kla-Tencor Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 310. | | | | T | Donated | 12/31/12 | J | | Trust |
| 311. Kimberly Clark Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 312. | | | | T | Donated | 12/31/12 | J | | Trust |
| 313. Kinder Morgan Energy Partners (X) | | None | | T | | 12/5/12 | J | | |
| 314. | | | | T | Donated | 12/31/12 | J | | Trust |
| 315. Kinder Morgan Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 316. | | | | T | Donated | 12/31/12 | J | | Trust |
| 317. Kraft Foods Group Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 318. | | | | T | Donated | 12/31/12 | J | | Trust |
| 319. L-3 Communications HLDGS Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 320. | | | | T | Donated | 12/31/12 | J | | Trust |
| 321. Laboratory Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 322. | | | | T | Donated | 12/31/12 | J | | Trust |
| 323. Liberty Media Corp. (X) | | None | | T | | 12/5/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. . | | | | T | Donated | 12/31/12 | K | | Trust |
| 325. Liberty Interactive Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 326. | | | | T | Donated | 12/31/12 | J | | Trust |
| 327. Life Technologies Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 328. | | | | T | Donated | 12/31/12 | J | | Trust |
| 329. Lilly Eli & Company (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 330. | | | | T | | 12/31/12 | J | | Trust |
| 331. Lockheed Martin Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 332. | | | | T | Donated | 12/31/12 | J | | Trust |
| 333. Lorillard Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 334. | | | | T | Donated | 12/31/12 | J | | Trust |
| 335. Macys Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 336. | | | | T | Donated | 12/31/12 | J | | Trust |
| 337. Markwest Energy Partners (X) | | None | | T | | 12/5/12 | J | | |
| 338. | | | | T | Donated | 12/31/12 | J | | Trust |
| 339. Marsh & McLennan Companies Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 340. | | | | T | Donated | 12/31/12 | J | | Trust |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Mattel Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 342. | | | | T | Donated | 12/31/12 | J | | Trust |
| 343. McDonalds Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 344. | | | | T | Donated | 12/31/12 | J | | Trust |
| 345. Merck & Co. (X) | | None | | T | | 12/5/12 | J | | |
| 346. . | | | | T | Donated | 12/31/12 | J | | Trust |
| 347. Microsoft Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 348. | | | | T | Donated | 12/31/12 | J | | Trust |
| 349. Microchip Technology Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 350. | | | | T | Donated | 12/31/12 | J | | Trust |
| 351. Mondelez International Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 352. | | | | T | Donated | 12/31/12 | J | | Trust |
| 353. Munich RE Group (X) | | None | | T | | 12/5/12 | J | | |
| 354. | | | | T | Donated | 12/31/12 | J | | Trust |
| 355. NCR Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 356. | | | | T | Donated | 12/31/12 | J | | Trust |
| 357. National Grid PLC (X) | | None | | T | | 12/5/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | T | Donated | 12/31/12 | J | | Trust |
| 359. National Oilwell Varco Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 360. | | | | T | Donated | 12/31/12 | J | | Trust |
| 361. Nestle S A Sponsored ADR (X) | | None | | T | | 12/5/12 | J | | |
| 362. | | | | T | Donated | 12/31/12 | J | | Trust |
| 363. Nextera Energy Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 364. | | | | T | Donated | 12/31/12 | J | | Trust |
| 365. Nisource Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 366. | | | | T | Donated | 12/31/12 | J | | Trust |
| 367. Noble Energy Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 368. | | | | T | Donated | 12/31/12 | J | | Trusat |
| 369. Novartis A G Sponsored ADR (X) | | None | | T | | 12/5/12 | J | | |
| 370. | | | | T | Donated | 12/31/12 | J | | Trust |
| 371. Nucor Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 372. | | | | T | Donated | 12/31/12 | J | | Trust |
| 373. Occidental Pete Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 374. | | | | T | Donated | 12/31/12 | J | | Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Omnicom Group Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 376. | | | | T | Donated | 12/31/12 | J | | Trust |
| 377. Onyx Pharmaceuticals (X) | | None | | T | | 12/5/12 | J | | |
| 378. | | | | T | Donated | 12/31/12 | J | | Trust |
| 379. Oracle Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 380. | | | | T | Donated | 12/31/12 | J | | Trust |
| 381. PG&E Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 382. | | | | T | Donated | 12/31/12 | J | | Trust |
| 383. PNC FINL SVCS Group (X) | | None | | T | | 12/5/12 | J | | |
| 384. | | | | T | Donated | 12/31/12 | J | | Trust |
| 385. PPG Industries Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 386. | | | | T | Donated | 12/31/12 | J | | Trust |
| 387. PPL Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 388. | | | | T | Donated | 12/31/12 | J | | Trust |
| 389. PALL Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 390. | | | | T | Donated | 12/31/12 | J | | Trust |
| 391. Pearson PLC Sponsored ADR (X) | | None | | T | | 12/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | T | Donated | 12/31/12 | J | | Trust |
| 393. Pepsico Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 394. | | | | T | Donated | 12/31/12 | J | | Trust |
| 395. Philip Morris International Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 396. | | | | T | Donated | 12/31/12 | J | | Trust |
| 397. Philippine Long Distance Tel (X) | | None | | T | | 12/5/12 | J | | |
| 398. | | | | T | Donated | 12/31/12 | J | | Trust |
| 399. Prosiebensat 1 Media (X) | | None | | T | | 12/5/12 | J | | |
| 400. | | | | T | Donated | 12/31/12 | J | | Trust |
| 401. Prudential FINL Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 402. | | | | T | Donated | 12/31/12 | J | | Trust |
| 403. Range RES Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 404. | | | | T | Donated | 12/31/12 | J | | Trust |
| 405. Reckitt Benckiser Group (X) | | None | | T | | 12/5/12 | J | | |
| 406. | | | | T | Donated | 12/31/12 | J | | Trust |
| 407. Regal Entertainment Group (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 408. | | | | T | Donated | 12/31/12 | J | | Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Reliance Steel & Aluminum Co. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 410. | | | | T | Donated | 12/31/12 | J | | Trust |
| 411. Reynolds American Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 412. | | | | T | Donated | 12/31/12 | J | | Trust |
| 413. Roche HLDG Limited (X) | | None | | T | | 12/5/12 | J | | |
| 414. | | | | T | Donated | 12/31/12 | J | | Trust |
| 415. Rogers Communications Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 416. | | | | T | Donated | 12/31/12 | J | | Trust |
| 417. Royal Dutch Shell PLC (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 418. | | | | T | Donated | 12/31/12 | J | | Trust |
| 419. SSE PLC (X) | | None | | T | | 12/5/12 | J | | |
| 420. | | | | T | Donated | 12/31/12 | J | | Trust |
| 421. Sandisk Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 422. | | | | T | Donated | 12/31/12 | J | | Trust |
| 423. Sanofi Sponsored ADR (X) | | None | | T | | 12/5/12 | J | | |
| 424. | | | | T | Donated | 12/31/12 | J | | Trust |
| 425. Scana Corp. (X) | | None | | T | | 12/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | T | Donated | 12/31/12 | J | | Trust |
| 427. Schlumberger Limited (X) | | None | | T | | 12/5/12 | J | | |
| 428. | | | | T | Donated | 12/31/12 | J | | Trust |
| 429. Scor Sponsored ADR (X) | | None | | T | | 12/5/12 | J | | |
| 430. | | | | T | Donated | 12/31/12 | J | | Trust |
| 431. Shaw Communications (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 432. | | | | T | Donated | 12/31/12 | J | | Trust |
| 433. Signature BK New York (X) | | None | | T | | 12/5/12 | J | | |
| 434. | | | | T | Donated | 12/31/12 | J | | Trust |
| 435. Southern Co. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 436. | | | | T | Donated | 12/31/12 | J | | Trust |
| 437. Spectra Energy Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 438. | | | | T | Donated | 12/31/12 | J | | Trust |
| 439. Suntrust BKS Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 440. | | | | T | Donated | 12/31/12 | J | | Trust |
| 441. Swisscom AG Sponsored (X) | | None | | T | | 12/5/12 | J | | |
| 442. | | | | T | Donated | 12/31/12 | J | | Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Teco Energy Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 444. | | | | T | Donated | 12/31/12 | J | | Trust |
| 445. Taiwan Semiconductor (X) | | None | | T | | 12/5/12 | J | | |
| 446. | | | | T | Donated | 12/31/12 | J | | Trust |
| 447. Target Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 448. | | | | T | Donated | 12/31/12 | J | | Trust |
| 449. Telstra Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 450. | | | | T | Donated | 12/31/12 | J | | Trust |
| 451. Turna Rete Elettrica Nazionale (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 452. | | | | T | Donated | 12/31/12 | J | | Trust |
| 453. Teva Pharmaceutical (X) | | None | | T | | 12/5/12 | J | | |
| 454. | | | | T | Donated | 12/31/12 | J | | Trust |
| 455. Thermo Fisher Scientific Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 456. | | | | T | Donated | 12/31/12 | J | | Trust |
| 457. Time Warner Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 458. | | | | T | Donated | 12/31/12 | J | | Trust |
| 459. Total S A Sponsored ADR (X) | | None | | T | | 12/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 37

**Name of Person Reporting**

Buchanan, Theresa C.

**Date of Report**

07/18/2013

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. | | | | T | Donated | 12/31/12 | J | | Trust |
| 461. Travelers Companies Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 462. | | | | T | Donated | 12/31/12 | J | | Trust |
| 463. US Bancorp DEL COM (X) | | None | | T | | 12/5/12 | J | | |
| 464. | | | | T | Donated | 12/31/12 | J | | Trust |
| 465. URS Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 466. | | | | T | Donated | 12/31/12 | J | | Trust |
| 467. Unilever PLC SPON ADR (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 468. | | | | T | Donated | 12/31/12 | J | | Trust |
| 469. United Technologies Corp. (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 470. | | | | T | Donated | 12/31/12 | J | | Trust |
| 471. United Utilities Group PLC (X) | | None | | T | | 12/5/12 | J | | |
| 472. | | | | T | Donated | 12/31/12 | J | | Trust |
| 473. UnitedHealth Group (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 474. | | | | T | Donated | 12/31/12 | J | | Trust |
| 475. Valero Energy Corp. (X) | | None | | T | | 12/5/31 | J | | |
| 476. | | | | T | Donated | 12/31/12 | J | | Trust. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Vectren Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 478. | | | | T | Donated | 12/31/12 | J | | Trust |
| 479. Verizon Communications (X) | | None | | T | | 12/5/12 | J | | |
| 480. | | | | T | Donated | 12/31/12 | J | | Trust |
| 481. Vertex Pharmaceuticals (X) | | None | | T | | 12/5/12 | J | | |
| 482. | | | | T | Donated | 12/31/12 | J | | Trust |
| 483. Vinci S A ADR (X) | | None | | T | | 12/5/12 | J | | |
| 484. | | | | T | Donated | 12/31/12 | J | | Trust |
| 485. Vivendi SA ADR (X) | | None | | T | | 12/5/12 | J | | |
| 486. | | | | T | Donated | 12/31/12 | J | | Trust |
| 487. Vodafone Group PLC (X) | | None | | T | | 12/5/12 | J | | |
| 488. | | | | T | Donated | 12/31/12 | J | | Trust |
| 489. Vornado RLTY (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 490. | | | | T | Donated | 12/31/12 | J | | Trust |
| 491. WM Morrison Supermarkets (X) | | None | | T | | 12/5/12 | J | | |
| 492. | | | | T | Donated | 12/31/12 | J | | Trust |
| 493. Waste MGMT Inc. (X) | A | Dividend | | T | | 12/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | T | Donated | 12/31/12 | J | | Trust |
| 495.  Watson Pharmaceuticals (X) | | None | | T | | 12/5/12 | J | | |
| 496. | | | | T | Donated | 12/31/12 | J | | Trust |
| 497.  Wells Fargo & Co. (X) | | None | | T | | 12/5/12 | J | | |
| 498. | | | | T | Donated | 12/31/12 | J | | Trust |
| 499.  Westpac BKG Corp. (X) | | None | | T | | 12/5/12 | J | | |
| 500. | | | | T | Donated | 12/31/12 | J | | Trust |
| 501.  XCEL Energy Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 502.  . | | | | T | Donated | 12/31/12 | J | | Trust |
| 503.  Xilinx Inc. (X) | | None | | T | | 12/5/12 | J | | |
| 504. | | | | T | Donated | 12/31/12 | J | | Trust |
| 505.  Daimler AG REG (X) | | None | | T | | 12/5/12 | J | | |
| 506. | | | | T | Donated | 12/31/12 | J | | Trust |
| 507.  Bunge Limited (X) | | None | | T | | 12/5/12 | J | | |
| 508. | | | | T | Donated | 12/31/12 | J | | Trust |
| 509.  Covidien PLC SHS (X) | A | Dividend | | T | | 12/5/12 | J | | |
| 510. | | | | T | Donated | 12/31/12 | J | | Trust |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Eaton Corp. (X) | | None | T | | | 12/5/12 | J | | |
| 512. | | | T | Donated | 12/31/12 | J | | | Trust |
| 513. Ensco PLC (X) | A | Dividend | T | | | 12/5/12 | J | | |
| 514. | | | T | Donated | 12/31/12 | J | | | Trust |
| 515. Seagate Technology (X) | A | Dividend | T | | | 12/5/12 | K | | |
| 516. | | | T | Donated | 12/31/12 | K | | | Trust |
| 517. ACE Limited (X) | | None | T | | | 12/5/12 | J | | |
| 518. | | | T | Donated | 12/31/12 | J | | | Trust |
| 519. Weatherford International Limited (X) | | None | T | | | 12/5/12 | J | | |
| 520. | | | T | Donated | 12/31/12 | J | | | Trust |
| 521. Pentair Limited (X) | | None | T | | | 12/5/12 | J | | |
| 522. | | | T | Donated | 12/31/12 | J | | | Trust |
| 523. TE Connectivity Limited (X) | A | Dividend | T | | | 12/5/12 | J | | |
| 524. | | | T | Donated | 12/31/12 | J | | | Trust |
| 525. TYCO International (X) | | None | T | | | 12/5/12 | J | | |
| 526. | | | T | Donated | 12/31/12 | J | | | Trust |
| 527. Diamond Offshore Drilling (X) | | None | T | | | 12/5/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchanan, Theresa C. | 07/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | T | Donated | 12/31/12 | J | | Trust |
| 529. Alliance Data Systems (X) | | None | | T | | 12/5/12 | J | | |
| 530. | | | | T | Donated | 12/31/12 | J | | Trust |
| 531. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I.

1. The Trust #1 is a life insurance trust created estate planning purposes.

2. The        corporation.

VII. 1. Assessed value of      rental property was $279,768 in 2012.

2. Assessed value of      real estate was $441,400 in 2012.

3. This partnership share refers to Part III B, line 1. The value is equal to the dollar amount invested.

4. For      estate planning purposes in December, 2012 I was given stock which I then gave to a      trust. I am neither a beneficiary or, nor a trustee of, the trust. I have no control over, nor any knowledge of, how the trust assests are invested. The trustee will not disclose that information to me.

VIII.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Theresa C. Buchanan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544